IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 06-00360-01-CR-W-SOW |
| FARHAD SOLTANI, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE**

Pursuant to the order of the Court en banc of the United States District Court for the Western District of Missouri, a pretrial conference was held in the above-entitled cause before me on August 1, 2007. Defendant Farhad Soltani appeared in person and with retained counsel Bruce Simon. The United States of America appeared by Assistant United States Attorney Mike Green.

## I. BACKGROUND

On October 17, 2006, an indictment was returned charging defendant with possessing a firearm while an unlawful user of or addicted to an illegal drug, in violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2).

The following matters were discussed and action taken during the pretrial conference:

## II. TRIAL COUNSEL

Mr. Green announced that he will be the trial counsel for the government. The case agent to be seated at counsel table is Special Agent Tim Canon, ATF.

Mr. Simon announced that he will be the trial counsel for defendant Farhad

Soltani.

### III. OUTSTANDING MOTIONS

There are no pending motions in this case.

### IV. TRIAL WITNESSES

Mr. Green announced that the government intends to call ten witnesses without stipulations or five to seven witnesses with stipulations during the trial.

Mr. Simon announced that defendant Farhad Soltani does not intend to call any witnesses during the trial. The defendant may testify.

### V. TRIAL EXHIBITS

Mr. Green announced that the government will offer ten to fifteen exhibits in evidence during the trial.

Mr. Simon announced that defendant Farhad Soltani will not offer any exhibits in evidence during the trial.

### VI. DEFENSES

Mr. Simon announced that defendant Farhad Soltani will rely on the defense of general denial.

### VII. POSSIBLE DISPOSITION

Mr. Simon stated this case is definitely for trial.

### VIII. STIPULATIONS

Stipulations are likely as to chemist's reports and the origin of the firearm.

### IX. TRIAL TIME

Counsel were in agreement that this case will take 1 ½ days to try.

## X. EXHIBIT LIST, VOIR DIRE AND INSTRUCTIONS

The U. S. Magistrate Judge ordered:

That, in addition to the requirements of the Stipulations and Orders filed February 20, 2007, counsel for each party file and serve a **list of exhibits** he intends to offer in evidence at the trial of this case on the form entitled Exhibit Index and have all available exhibits premarked using the stickers provided by the Clerk of Court by **August 1, 2007**;

That counsel for each party file and serve requested jury **voir dire** examination questions by or before noon, Wednesday, **August 8, 2007**;

That counsel for each party file and serve, in accordance with the requirements of Local Rule 51.1, requested **jury instructions** by or before noon, Wednesday, **August 8, 2007.** Counsel are requested to provide proposed jury instructions in both hard copy form, as required by Local Rule 51.1, and by e-mail to the trial judge's courtroom deputy.

## XI. UNUSUAL QUESTIONS OF LAW

No motions in limine are anticipated. There are no unusual questions of law.

## XII. TRIAL SETTING

All counsel and the defendant were informed that defendant's motion to continue will be granted and this case will be placed on the September 17, 2007. No additional continuances will be granted absent extraordinary circumstances.

                                                  /s/ *Robert E. Larsen*
                                                  ROBERT E. LARSEN
                                                  U. S. Magistrate Judge

Kansas City, Missouri
August 1, 2007

cc:    The Honorable Scott O. Wright
       Mr. Mike Green
       Mr. Bruce Simon
       Mr. Jeff Burkholder